IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Allen, Denise | Case Number: 08 B 18476 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 11/25/08 | Filed: 7/18/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 8, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,158.90 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,082.41 |
| Trustee Fee: | | 76.49 |
| Other Funds: | | 0.00 |
| Totals: | 1,158.90 | 1,158.90 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,474.00 | 1,082.41 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 4. | GMAC Auto Financing | Secured | 0.00 | 0.00 |
| 5. | City of Calumet City | Secured | 379.00 | 0.00 |
| 6. | Cook County Treasurer | Secured | 4,942.00 | 0.00 |
| 7. | America's Servicing Co | Secured | 25,899.04 | 0.00 |
| 8. | America's Servicing Co | Secured | 1,590.00 | 0.00 |
| 9. | AAA Checkmate LLC | Unsecured | 76.06 | 0.00 |
| 10. | Brother Loan & Finance | Unsecured | 333.43 | 0.00 |
| 11. | B-Real LLC | Unsecured | 16.70 | 0.00 |
| 12. | Asset Acceptance | Unsecured | 10.35 | 0.00 |
| 13. | B-Real LLC | Unsecured | 135.98 | 0.00 |
| 14. | RJM Acquisitions LLC | Unsecured | 12.34 | 0.00 |
| 15. | Premier Bankcard | Unsecured | 38.45 | 0.00 |
| 16. | Jefferson Capital Systems LLC | Unsecured | 41.23 | 0.00 |
| 17. | Franklin Capital | Unsecured | 1,296.42 | 0.00 |
| 18. | Sir Finance Corporation | Unsecured | 108.80 | 0.00 |
| 19. | Aargon Collection Agency | Unsecured | | No Claim Filed |
| 20. | Americas Recovery Network | Unsecured | | No Claim Filed |
| 21. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 22. | City of Calumet City | Unsecured | | No Claim Filed |
| 23. | Credit Collections Services | Unsecured | | No Claim Filed |
| 24. | Fbcs Inc | Unsecured | | No Claim Filed |
| 25. | Fairlane Credit L.L.C. | Unsecured | | No Claim Filed |
| 26. | NCO Financial Systems | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Allen, Denise

Printed: 11/25/08

Case Number: 08 B 18476
Judge: Squires, John H
Filed: 7/18/08

### DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Harvard Collection Services In | Unsecured | | No Claim Filed |
| 28. Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 29. Sinai Medical Group | Unsecured | | No Claim Filed |
| 30. Nicor Gas | Unsecured | | No Claim Filed |
| | | $ 38,353.80 | $ 1,082.41 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 76.49 |
| | $ 76.49 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

